**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ROBERT HOSSFIELD, on behalf of himself and others similarly situated** | § § § | |
| **Plaintiff,** | § § § | |
| **v.** | § § § | **CIVIL ACTION NO. 1:26-CV-01165** |
| **NEXTERA ENERGY, INC.,** | § § § | |
| **Defendant.** | § § | |

---

**DEFENDANT NEXTERA ENERGY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

---

Defendant NextEra Energy, Inc. ("NextEra") hereby files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint.

1.      Plaintiff Robert Hossfield filed his Class Action Complaint on May 3, 2026 [ECF No. 1].

2.      NextEra was served with a copy of the Class Action Complaint on May 5, 2026.

3.      The current deadline for NextEra to respond to Plaintiff's Class Action Complaint is May 26, 2026.

4.      NextEra respectfully requests a thirty (30) day extension of time to respond to the Class Action Complaint, until and including June 25, 2026, while the parties attempt to resolve the dispute without the need for litigation.

5.      NextEra conferred with Plaintiff, who does not oppose the extension sought herein.

6.      This extension is sought for good cause and not for purposes of delay.

- 1 -

7.      This Motion was filed at its earliest practicable time, as the underlying counsel was just retained in this action.

WHEREFORE, Defendant NextEra Energy, Inc. respectfully requests that this Court grant this Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint and extend the deadline for NextEra to file a response to Plaintiff's Class Action Complaint until June 25, 2026.

DATED May 21, 2026.

Respectfully submitted,

*/s/Michael J. Wray*
Michael J. Wray
Texas Bar No. 24052191
SQUIRE PATTON BOGGS (US) LLP
600 Travis Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 546-5850
Facsimile:  (713) 546-5830
Email: michael.wray@squirepb.com

**Counsel for Defendant,**
**NextEra Energy, Inc.**

- 3 -

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 20, 2026, counsel for Defendant conferred with Plaintiff's counsel regarding the Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint and Plaintiff is unopposed to the requested extension.

*/s/ Michael J. Wray*
Michael J. Wray

## CERTIFICATE OF SERVICE

I certify that on May 21, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve all parties to this matter.

*/s/ Michael J. Wray*
Michael J. Wray