**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **ROBERT HOSSFIELD, on behalf of himself and others similarly situated** | § § § § § | |
| **Plaintiff,** | § | |
| **v.** | § § | **CIVIL ACTION NO. 1:26-CV-01165** |
| **NEXTERA ENERGY, INC.,** | § § § | |
| **Defendant.** | § § | |

**ORDER GRANTING DEFENDANT NEXTERA ENERGY, INC.'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S CLASS ACTION COMPLAINT**

Before the Court is Defendant NextEra Energy, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint. For good cause shown, the Court finds the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that Defendant NextEra Energy, Inc.'s deadline to respond to Plaintiff's Class Action Complaint is extended to June 25, 2026.

SO ORDERED.

Signed on _____, 2026.

_____
United States District Judge