**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| ROBERT HOSSFIELD, on behalf of himself and others similarly situated, | § § § | |
| Plaintiff, | § | Civil Action No. 1:26-cv-1165 |
| | § | |
| vs. | § § | |
| NEXTERA ENERGY, INC., | § § | |
| Defendant. | § § | |

**DEFENDANT NEXTERA ENERGY, INC.'S SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION
COMPLAINT**

Defendant NextEra Energy, Inc. ("NextEra") hereby files this Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint.

1.     Plaintiff Robert Hossfield filed his Class Action Complaint ("Complaint") on May 3, 2026 [ECF No. 1].

2.     NextEra was served with a copy of the Complaint on May 5, 2026.  The deadline for NextEra to respond to Plaintiff's Complaint was May 26, 2026.

3.     Per NextEra's Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Compliant [ECF Nos. 4, 5], the Court extended NextEra's deadline to respond to the Complaint until June 25, 2026.

4.     NextEra respectfully requests an additional thirty-two (32) day extension of time to respond to the Class Action Complaint, until and including July 27, 2026, while the parties attempt to resolve the dispute without the need for litigation.

5.     NextEra conferred with Plaintiff, who does not oppose the extension sought herein.

- 2 -

6.      This extension is sought for good cause and not for purposes of delay.

WHEREFORE, Defendant NextEra Energy, Inc. respectfully requests that this Court grant this Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint and extend the deadline for NextEra to file a response to Plaintiff's Class Action Complaint until July 27, 2026.

DATED June 17, 2026.

Respectfully submitted,


/s/Michael J. Wray
Texas Bar No. 24052191
SQUIRE PATTON BOGGS (US) LLP
600 Travis Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 546-5850
Facsimile: (713) 546-5830
Email: michael.wray@squirepb.com

**Counsel for Defendant,**
**NextEra Energy, Inc.**

- 3 -

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 16, 2026, counsel for Defendant conferred with Plaintiff's counsel regarding the Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint and Plaintiff is unopposed to the requested extension.

/s/Michael J. Wray
Michael J. Wray

**CERTIFICATE OF SERVICE**

I certify that on June 17, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve all parties to this matter.

/s/Michael J. Wray
Michael J. Wray