**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AT AUSTIN**

| | |
|---|---|
| ROBERT HOSSFELD, on behalf of himself and others similarly situated <br><br> Plaintiff, <br><br> vs. <br><br><br> NEXTERA ENERGY, INC., <br><br> Defendant. | Case No. 1:26-cv-1165 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Robert Hossfeld, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), respectfully notifies the Court that the Plaintiff voluntarily dismisses his individual claims against Defendant without prejudice, with each party to bear its own fees and costs.

Dated: July 22, 2026

Respectfully submitted,

PERRONG LAW LLC

s/Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
1669 Edgewood Road Suite 218
Yardley, PA 19067
Phone: (215) 225-5529
*Attorney for Plaintiff and the Proposed Class*

1